UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

# 05 11114 MLW

| | |
|---|---|
| TOWN OF IPSWICH,<br>       Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.,<br>       Defendant. | CIVIL ACTION<br>NO. |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of

Massachusetts, the defendant National Union Fire Insurance Company of Pittsburgh, Pa., by and

through its undersigned counsel, hereby states that it is a wholly owned subsidiary of American

International Group, Inc., the parent corporation, which is publicly traded on the New York

Stock Exchange.

DEFENDANT NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA.
By its attorneys,

John P. Connelly, BBO #546670
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: May 27, 2005

614968

## CERTIFICATE OF SERVICE

I, John P. Connelly, hereby certify that a copy of the foregoing Defendant's Corporate Disclosure Statement has been served by first class mail, postage pre-paid, upon the following counsel of record for the plaintiff on this 27th day of May, 2005:

> Peter E. Ball, Esquire
> Kurt S. Kusiak, Esquire
> Sally & Fitch LLP
> 225 Franklin Street
> Boston, MA 02110

_____
John P. Connelly

614322_1
9505-90426

2