**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100   FAX [617] 951.2125

BOSTON, MA   PROVIDENCE, RI

John P. Connelly
(617) 951-2038
jpc@p-a.com

July 22, 2005

Civil Clerk's Office
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA  02210

    RE:    Town of Ipswich v. National Union Fire Insurance Company
               Of Pittsburgh, Pa.,
               United States District Court for the District of Massachusetts,
               Civil Action No. 05-11114-MLW

Dear Sir or Madam:

       In accordance with the Memorandum and Order entered by Judge Wolf in the above-referenced case on July 6, 2005, the defendant National Union Fire Insurance Company of Pittsburgh, Pa. hereby informs the Court that it consents to a transfer of the case to a magistrate judge for all purposes.

                                            Very truly yours,

                                            John P. Connelly

619196

cc:    Peter E. Ball, Esquire
        Kurt S. Kusiak, Esquire