**SALLY & FITCH LLP**

COUNSELORS AT LAW
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804

TEL: (617) 542-5542
FAX: (617) 542-1542

IN PROVIDENCE, R.I.

56 PINE STREET
PROVIDENCE, R.I. 02903
TEL: (401) 521-6500
FAX: (401) 274-2780

PETER E. BALL
ksk@sally-fitch.com

July 26, 2005

**BY FACSIMILE AND
U.S. MAIL**

Civil Clerk's Office
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA  02210

>   Re:   Town of Ipswich v. National Union Fire Insurance Company of
>         Pittsburgh, PA,
>         United States District Court for the District of Massachusetts,
>         Civil Action No. 05-11114-MLW

Dear Sir or Madam:

This firm represents Plaintiff Town of Ipswich in the above-captioned matter.

In accordance with the Memorandum and Order entered by Judge Wolf in the above-referenced case on July 6, 2005, the Plaintiff hereby informs the Court that at this time it does _not_ consent to a transfer of the case to a magistrate judge for all purposes.

Thank you for your attention to this matter.

Sincerely,

Peter E. Ball

PEB/dmc
Enclosure

cc:   John P. Connelly, Esquire
      Kurt S. Kusiak, Esquire