UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF IPSWICH,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>    Defendant. | CIVIL ACTION<br>NO. 05-11114-MLW |

### JOINT STATEMENT OF THE PARTIES
### FOR INITIAL SCHEDULING CONFERENCE

In accordance with the Court's Notice of Scheduling Conference, the parties hereby submit their Joint Statement for the initial scheduling conference to be conducted on September 5, 2002.

I.  Proposed Agenda

- Scheduled mediation with Eric Van Loon at JAMS on November 4, 2005
- Proposed pretrial schedule, including discovery plan

II. Proposed Pretrial Schedule, Including Discovery Plan

- Rule 26(a)(1)(E) initial disclosures on or before     November 18, 2005
- Service of written discovery requests on or before     December 1, 2005
- Non-expert depositions completed on or before     April 28, 2006
- Plaintiff's Rule 26(a)(2) expert disclosures on/before     May 15, 2006
- Defendant's Rule 26(a)(2) expert disclosures on/before June 12, 2006

- Experts' depositions completed on or before        July 28, 2006
- Dispositive motions to be filed on or before       August 31, 2006
- Rule 26(a)(3) pretrial disclosures on or before    November 13, 2006*
- Final pretrial conference on or before             December 11, 2006*

\* In the event that a dispositive motion is pending, the Rule 26(b)(3) pretrial disclosures and the final pretrial conference shall be postponed. Once the motion is decided, if any claims remain for trial, the Rule 26(b)(3) pretrial disclosures shall be made 30 days after the motion is decided, and the final pretrial conference shall be conducted 30 days after the pretrial disclosures are made.

III.   Local Rule 16.1(D)(3) Certification

The certifications required by Local Rule 16.1(D)(3) are attached to this Joint Statement or will be filed separately, at or before the Initial Scheduling Conference.

TOWN OF IPSWICH

By its attorneys,

Peter E. Ball, BBO #546031
Kurt S. Kusiak, BBO #559254
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
(617) 542-5542

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

By its attorney,

John P. Connelly, BBO #546670
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated:  October 5, 2005