UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*2005 OCT -4 P 4: 0!*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| TOWN OF IPSWICH, | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION |
| | )   NO. 05-11114-MLW |
| NATIONAL UNION FIRE INSURANCE COMPANY | ) |
| OF PITTSBURGH, PA | ) |
| | ) |
|       Defendant. | ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

As required by Local Rule 16.1(D)(3), we hereby affirm that we have conferred concerning the costs of conducting the full course -- and various alternative courses -- of this litigation, and to consider the resolution of this litigation through the use of an alternative dispute resolution program.

TOWN OF IPSWICH

By: _____
Richard L. Korb
Superintendent of Schools
Ipswich Public Schools
Payne School Building
1 Lord Square
Ipswich, MA 01938

Counsel for the Town of Ipswich

*/s/ Kurt S. Kusiak*
Peter E. Ball, BBO #546031
Kurt S. Kusiak, BBO #559254
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
(617) 542-5542

September 29, 2005