UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TOWN OF IPSWICH,
        Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,
        Defendant.

CIVIL ACTION
NO. 05-11114-MLW

### ~~PLAINTIFF'S~~ DEFENDANT'S LOCAL RULE 16 CERTIFICATE

We, the undersigned, John P. Connelly, counsel for the defendant National Union Fire Insurance Company of Pittsburgh, PA. ("National Union") and the undersigned authorized representative of National Union hereby affirm that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

John P. Connelly, BBO #546670
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: October 3, 2005

Susan Hellerman
Authorized representative of
National Union Fire Insurance Company
of Pittsburgh, PA.

Dated: October 3, 2005

623663

## CERTIFICATE OF SERVICE

I, John P. Connelly, hereby certify that on this ___ day of October, 2005 I served a copy of the foregoing by first class mail, postage prepaid upon the plaintiff's attorneys: Peter E. Hall, Esquire, Sally & Fitch LLP, 225 Franklin Street, Boston, MA 02110, and Kurt S. Kusiak, Esquire, Sally & Fitch LLP, 225 Franklin Street, Boston, MA 02110.

_____
John P. Connelly