Kurt S. Kusiak
ksk@sally-fitch.com

March 30, 2006

Civil Clerk's Office
U.S. District Court for the
  District of Massachusetts
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

   Re: ***Town of Ipswich v. National Union Fire Ins. Co. of Pittsburgh, PA***
     ***C.A. No. 05-11114-MLW***

Dear Sir or Madam:

  In connection with the above-referenced matter, enclosed for filing, please find Joint Motion to Extend Time to Reopen Case. Please note that Attorney John P. Connolly has given us permission to sign this Motion on his behalf.

  Thank you for your attention to this matter.

        Very truly yours,

        */s/ Kurt S. Kusiak*
        Kurt S. Kusiak

KSK:smw
Enclosure
cc: John P. Connelly, Esquire
   Peter E. Ball, Esquire

Civil Clerk's Office
February 22, 2006
Page 2