UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF IPSWICH,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>CO. of PITTSBURGH, PA<br>   Defendant. | CIVIL ACTION<br>NO. 05-11114-MLW |

## STIPULATION OF DISMISSAL

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Town of

Ipswich, and Defendant, National Union Fire Insurance Co., of Pittsburgh, hereby

stipulate that all claims and counterclaims are dismissed with prejudice and with each

party bearing its own costs.

TOWN OF IPSWICH

By its attorney,


Kurt S. Kusiak, BBO # 559254
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

NATIONAL UNION FIRE
INSURANCE CO. of
PITTSBURGH, PA
By its attorney,


John P. Connelly, BBO# 546670
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA 02110
617-951-2100


Dated: May 8, 2006